[No. 42819-9-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK MALCOLM KEMPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00549-3, Gary B. Bashor, J., entered November 8, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., dissenting in part.

[Nos. 27946-4-III; 28637-1-III.   Division Three.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE ALAN MCREYNOLDS, *Appellant*.

*In the Matter of the Personal Restraint of* JESSE ALAN MCREYNOLDS, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-00657-1, F. James Gavin, J., entered March 11, 2008, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *dismissed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29965-1-III.   Division Three.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN MARTIN SANCHEZ HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00691-1, Blaine G. Gibson, J., entered June 6, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.